PETER L. SIMON (SBN 178393)
STEVEN J. BLEASDELL (SBN 191522)
STEPHEN PERRY (SBN 213223)
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402
Telephone: 707.547.2000
Facsimile: 707.526.3672

Attorneys for Plaintiffs

DENNIS M. BROWN (SBN 126575)
MICHELLE B. HEVERLY (SBN 178660)
TODD KENNETH BOYER (SBN 203132)
LITTLER MENDELSON
50 West San Fernando Street, 14th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Facsimile: 708.288.5686

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX MALLIN, et al.

Plaintiffs,

vs.

NATIONAL CITY MORTGAGE, INC., NATIONAL CITY MORTGAGE CO., NATIONAL CITY BANK OF INDIANA and DOES 1- 200, inclusive,

Defendants.

CASE NO. C 05-1499 SC

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: JOINT CASE MANAGEMENT CONFERENCE, ADR AND PENDING MOTIONS**

There is currently pending before the Court plaintiffs' motion for certification of an FRCP 23 class. There is also scheduled for August 19, 2005 a case management conference, with a joint case management conference statement and initial disclosures due on August 12, 2005.

The parties have extensively "met and conferred" over discovery and substantive issues. There has been an informal exchange of certain information, and the parties have further agreed to the exchange of more information and documentation. The parties would prefer to focus their efforts on settling the case here and now by proceeding to a mediation, rather than engaging in the discovery and litigation process, including the initial disclosures. Therefore, the parties stipulate as follows:

1. The parties have agreed that plaintiffs' FRCP 23 motion for class certification will be taken off calendar.

2. Defendants will have no further contact with any putative class or collective class members, save for 22 specified individuals and those communications will only be in response to those individuals' inquiries. This limitation will remain in effect until there has been a ruling on plaintiffs' motion for class certification, in the event a hearing is reset.

3. Defendants will provide to plaintiffs a summary of payroll records for all putative Rule 23 class members.

4. The parties will jointly select and engage a mediator to mediate the case as soon as possible.

5. Defendants will provide a list of all Rule 23 putative class members, including names and addresses and dates of employment to plaintiffs.

6. Defendants will provide to plaintiffs detail on overtime "make-up" payments that have been made to any putative collective class or putative class members since January, 2005.

7. The parties request that the Court continue the Case Management Conference to allow sufficient time for the parties to explore a partial or complete settlement of the case or specific issues, including class certification.

Dated: August 1, 2005

BEYERS | COSTIN

By: */s/ Peter L. Simon*
Peter L. Simon
Attorneys for Plaintiffs

Dated: August 1, 2005

LITTLER MENDELSON

By: */s/ Michelle B. Heverly*
Michelle B. Heverly
Attorneys for Defendant

**[PROPOSED] ORDER**

The above stipulation is hereby made an order of the Court.

Plaintiffs' motion for class certification [FRCP 23] is hereby taken off calendar. It will be reset upon further notice by plaintiffs.

The current Case Management Conference and deadlines for initial disclosures will [***the Court should select one***]

(a) remain on calendar; or

(b) be continued to 12/9/05 at 10:00 a.m., with a Joint Case Management Statement and initial disclosures due 30 days prior to the hearing.

Dated: 8/3/05

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Samuel Conti

HONORABLE SAMUEL CONTI