PETER L. SIMON, Bar No. 178393
RICHARD C. O'HARE, Bar No. 167960
STEVEN J. BLEASDELL, Bar No. 191522
STEPHEN PERRY, Bar No. 213223
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Santa Rosa, CA 95401
Telephone:    707.547.2000
Facsimile:    707.526.3672
E-mail:  psimon@beyerscostin.com

Attorneys for Plaintiffs, Plaintiff Class and Collective Class


DENNIS M. BROWN, Bar No. 126575
MICHELLE B. HEVERLY, Bar No. 178660
TODD KENNETH BOYER, Bar No. 203132
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686
E-mail: mheverly@littler.com

Attorneys for Defendants
NATIONAL CITY MORTGAGE, INC., NATIONAL CITY MORTGAGE CO., AND NATIONAL CITY BANK OF INDIANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MALLIN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL CITY MORTGAGE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 05-1499 SC<br><br>[PROPOSED] STIPULATED ORDER ON PRELIMINARY FAIRNESS HEARING APPLICATIONS FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT AND NOTICE TO CLASS AND (2) PRELIMINARY APPROVAL OF PLAINTIFFS' COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND COSTS |

This Court having reviewed the applications of plaintiffs and plaintiffs' counsel and, having received no objection, hereby rules as follows:

Based on the evidence presented, this Court finds that the proposed settlement is fair and reasonable and in the best interest of the Class. This Court also finds that the requisite elements of an FRCP 23 Class Action have been met and that a Class Action is the superior method for litigating and resolving this case. This Court also finds that plaintiffs' counsel was responsible for obtaining a benefit to the Class of at least $6,000,000.

THIS COURT HEREBY ORDERS AS FOLLOWS:

(1) The Settlement is preliminarily approved, subject to objections from any Class members. Plaintiffs have shown the Settlement to be fair and reasonable. The Class, consisting solely of approximately 123 California members, is conditionally certified, subject to final approval. The Court finds that the basis for the causes of action all arise from similar facts, primarily whether loan officers were mis-classified as "exempt," and that the ascertainability and commonality requirements of FRCP 23 have been satisfied. There are over 100 individual Class Members, which satisfies the numerosity requirement of FRCP 23. The Court further finds that a Class Action is the preferred mechanism for resolving this dispute given that the claims are similar and that the proposed settlement addresses differences in damages between class members;

    a) The following Class is certified, conditioned upon final approval of the settlement by this Court:

> All persons who are or have been employed by any of the defendants as Loan Officers (including but not limited to, job classifications currently titled "Loan Officer," "Loan Consultant" or "Loan Broker") at a telemarketing center within the State of California at any time from four years prior to the date of the filing of this Complaint through December 31, 2004 ("the LIABILITY PERIOD") who have not signed a settlement agreement and release of all claims at any time since January 1,

2005. Excluded from the CLASS is any individual who "opts-out" and does not timely rescind his or her opt-out notice.

b) The Court hereby appoints as Class Representatives Alex Mallin, Scott Powley, Drinda Milliken, Donn Falaschi, Bruce Munsee, Tom Reinero, Patrick Siemsen, Dennis Witkowsky, Diana Brown, Kelly Sheets and Gerry Slaten.

c) The Court hereby appoints the law firm of Beyers | Costin as Class Counsel.

(2) A hearing for final approval of the Settlement and for Plaintiffs' Counsel's application for fees and costs is set for [70 days following entry of this Order] August 25, 2006 at 10:00 a.m.; Courtroom #1

(3) Within 10 court days of entry of this order, the Class shall be given notice of the Settlement, of the right to object prior to the Final Approval Hearing and of the right to "opt out" in the form attached hereto as <u>Exhibit A</u>. Any objections must be filed with this Court and served upon Plaintiffs' counsel no later than 21 days before the hearing referenced above;

(4) Fees for Plaintiffs' counsel are preliminarily approved in the amount of $1,350,000 subject to considering any objections from Class members. Plaintiffs' counsel's request to be reimbursed for costs is preliminarily granted in an amount not to exceed a total of $75,000; and

(5) The applications of Alex Mallin, Scott Powley, Drinda Milliken, Donn Falaschi, Bruce Munsee, Tom Reinero, Patrick Siemsen, Dennis Witkowsky, Diana Brown, Kelly Sheets and Gerry Slaten for incentive compensation are preliminarily approved in the amount of $5,000 each for a total of $55,000.

Dated: May 5, 2006

IT IS SO ORDERED
HONORABLE SAMUEL CONTI
Judge Samuel Conti