PETER L. SIMON, Bar No. 178393
RICHARD C. O'HARE, Bar No. 167960
STEVEN J. BLEASDELL, Bar No. 191522
STEPHEN PERRY, Bar No. 213223
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Santa Rosa, CA 95401
Telephone:   707.547.2000
Facsimile:    707.526.3672
E-mail: psimon@beyerscostin.com

Attorneys for Plaintiffs, Plaintiff Class and Collective Class

DENNIS M. BROWN, Bar No. 126575
MICHELLE B. HEVERLY, Bar No. 178660
TODD KENNETH BOYER, Bar No. 203132
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150
Facsimile:    408.288.5686
E-mail: mheverly@littler.com

Attorneys for Defendants
NATIONAL CITY MORTGAGE, INC., NATIONAL CITY MORTGAGE CO., AND NATIONAL CITY BANK OF INDIANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEX MALLIN, et al. | Case No. C 05-1499 SC |
|---|---|
| Plaintiffs, vs. | [~~PROPOSED~~] STIPULATED ORDER AND JUDGMENT (1) APPROVING SETTLEMENT AND (2) APPROVING PLAINTIFFS' COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND COSTS |
| NATIONAL CITY MORTGAGE, INC., et al., | |
| Defendants. | |

This Court having reviewed the applications of plaintiffs and plaintiffs' counsel and, having received no objection from Defendants or any class member, hereby rules as follows:

Based on the evidence presented, this Court finds that the proposed settlement is fair and reasonable and in the best interest of the Class. This Court also finds that the requisite elements of an FRCP 23 Class Action have been met and that a Class Action is the superior method for litigating and resolving this case. This Court also finds that plaintiffs' counsel was responsible for obtaining a benefit to the Class of at least $6,000,000.

THIS COURT HEREBY ORDERS AS FOLLOWS:

(1) The Settlement is approved. Plaintiffs have shown the Settlement to be fair and reasonable. The Class, defined below, is certified. The Court finds that the basis for the causes of action all arise from similar facts, primarily whether loan officers were misclassified as "exempt". The Court further finds that a Class Action is the preferred mechanism for resolving this dispute given that the claims are similar and that the proposed settlement addresses differences in damages between class members;

    a) The Court hereby appoints as Class Representatives Alex Mallin, Scott Powley, Drinda Milliken, Donn Falaschi, Bruce Munsee, Tom Reinero, Patrick Siemsen, Dennis Witkowsky, Diana Brown, Kelly Sheets and Gerry Slaten.

    b) The Court hereby appoints the law firm of Beyers Costin as Class Counsel.

    c) The Class is defined as,

> All persons who are or who have been employed by any of the defendants as Loan Officers (including but not limited to, job classifications currently titled "Loan Officer," "Loan Consultant" or "Loan Broker") at a telemarketing center within the State of California at any time from four years prior to April 12, 2005 through December 31, 2004 who have not signed a settlement agreement and release of all claims with defendants at any time since January 1, 2005.

(2)   The Claim form attached as <u>Exhibit A</u> is approved.  Only those Class members who submit completed claim forms within 60 days of mailing will be entitled to potentially receive payment.  Regardless of whether they submit a claim or receive payment under the settlement, all class members will be bound by the terms of the settlement;

(3)   Fees for Plaintiffs' counsel are approved in the amount of $1,350,000.  This amount represents less than the 25% "benchmark" for class action fees, and is reasonable given the significant benefit conferred upon the Class and the risk undertaken by counsel.  The fees will be paid from the fund in accordance with the Settlement agreement.  Plaintiffs' counsel's request to be reimbursed for costs is granted in the amount of $48,100.94, which amount will also be paid pursuant to the Settlement agreement; and

(4)   The applications of Alex Mallin, Scott Powley, Drinda Milliken, Donn Falaschi, Bruce Munsee, Tom Reinero, Patrick Siemsen, Dennis Witkowsky, Diana Brown, Kelly Sheets and Gerry Slaten for incentive compensation are approved in the amount of $5,000 each for a total of $55,000.

Dated: August 25, 2006

_____
HONORABLE SAMUEL CONTI

APPROVED AS TO FORM:

Dated: August 21, 2006                             Counsel for Plaintiffs

                                                   /s/ Peter L. Simon
                                                   Peter L. Simon
                                                   BEYERS | COSTIN

Dated: August 21, 2006                             Counsel for Defendants

                                                   /s/ Michelle B. Heverly
                                                   Michelle B. Heverly
                                                   LITTLER MENDELSON, P.C.