United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX MALLIN, et al.,

    Plaintiffs,

v.

NATIONAL CITY MORTGAGE INC., et al., and DOES 1-200, inclusive,

    Defendants.

No. 05-1499 SC

SUPPLEMENTAL ORDER RE: PLAINTIFFS' MOTION TO ENFORCE ORDER AND JUDGMENT

    The Court previously issued an Order Granting in Part Plaintiffs' Motion to Enforce Order and Judgment. See Docket No. 131 ("Order"). Contrary to Defendant's interpretation, that Order was not tentative. The Court's ruling regarding the interpretation of the Settlement Agreement and the Formula used to calculate payments to each class member stands as issued. Similarly, the Court's holding that Plaintiffs are entitled to recover $32,061.50 in attorney's fees for work on this motion remains undisturbed.

    The parties appeared March 7, 2008, to resolve the remaining dispute over who is responsible for the underpayment to certain class members. After recalculating the payment due each class member pursuant to the Order, the parties agree that class members

are due an additional $405,713.90. The Settlement Fund now contains only $349,940.92. The question then is who should cover the additional $55,772.98.

The deficiency appears to be the result of a miscalculation by CPT Group, the Claims Administrator. Under the terms of the Settlement Agreement, the parties jointly selected the Administrator. Therefore, the parties shall be jointly responsible for the Administrator's error, and shall each be responsible for 50% of the $55,772.98 deficiency.

Plaintiffs' request for additional attorney's fees incurred since the Court issued the Order is DENIED. Plaintiffs' counsel has already received $1,350,000.00 in fees and $48,100.94 in costs from the Settlement, as well as $32,061.50 in fees from the prior Order. That amount is sufficient.

IT IS SO ORDERED.

March 7, 2008

_____
UNITED STATES DISTRICT JUDGE